JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
CHRISTOPHER A. BOOKER, IDAHO STATE BAR NO. 7672
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA ORTELL KENNINGTON, Defendant. | Case No. **FELONY INFORMATION** 18 U.S.C. § 922(a)(6), False Statement During Acquisition of a Firearm. |
|---|---|

The United States Attorney charges:

### COUNT ONE

**False Statement During Acquisition of a Firearm
18 U.S.C. § 922(a)(6)**

On or about July 4, 2023, in the District of Idaho, the Defendant, JOSHUA ORTELL KENNINGTON, in connection with the acquisition of a firearm, to wit: an FN M249S 5.56x45mm caliber rifle, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written

statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, in that he falsely answered "yes" on an ATF 4473 Form asking whether he was the actual transferee/buyer of the firearm, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6), and punishable pursuant to 18 U.S.C. § 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- FN M249S 5.56x45mm caliber rifle, s/n M249SA08290

DATED this _2_ day of July, 2024.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
CHRISTOPHER A. BOOKER
ASSISTANT UNITED STATES ATTORNEY

2